**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                          CASE NO: 8:18-cr-584-T-36SPF

**LOYD W. TUTOR, JR.**

---

**FINAL REVOCATION HEARING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.21), entered October 8, 2020, to which there has been no objection and the 14 day objection period has expired, the Report on Initial Appearance for Violation of Supervised Release is now accepted.

**A Final Revocation Hearing was previously scheduled for November 12, 2020 at 9:00 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 27th day of October 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services